SMD: USAO 2009R00447

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC -4  P 12: 52

CLERK'S OFFICE
AT GREENBELT

DEPUTY

AW09 CR 0632

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. |
| SHAMAI KEDEM LEIBOWITZ, a/k/a Samuel Shamai Leibowitz, | * (Disclosure of Classified Information, 18 U.S.C. § 798(a)) |
| Defendant | * |

*******

### INFORMATION

The United States Attorney for the District of Maryland charges that:

In or about April 2009, in the District of Maryland and elsewhere, the defendant,

**SHAMAI KEDEM LEIBOWITZ,**
a/k/a Samuel Shamai Leibowitz,

did knowingly and willfully communicate, furnish, transmit, and otherwise make available to an unauthorized person classified information concerning the communication intelligence activities of the United States, to wit, five Federal Bureau of Investigation documents classified at the "Secret" level that contained classified information concerning the communication intelligence activities of the United States.

18 U.S.C. § 798(a)(3)

_____
Rod J. Rosenstein
United States Attorney

December 4, 2009
Date